UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LOUIS TOLBERT, JR., | ) | CASE NO. ED CV 07-36-GAF (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| L. SCRIBNER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    February 1, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd